UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DAVID L. JAMERSON,

        Plaintiff,                    Case No. 2:22-cv-98

v.                                         Honorable Paul L. Maloney

KRISTOPHER TASKILA et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that pursuant to Rules 18, 20, and 21 of the Federal Rules of Civil Procedure, all of Plaintiff's claim and putative defendants set forth in his declarations (ECF Nos. 6, 7) other than his claims related to the denial of phone privileges are **DISMISSED WITHOUT PREJUDICE** because they are misjoined to this action.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   June 1, 2022                          /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge